461 A.2d 765

**Harvey John GOULD, a minor, by and through Roy J. Gould and Betty J. Gould, his parents and Roy J. Gould and Betty J. Gould, his wife, Appellants,**

v.

**Frank R. NICKEL, Sr., and Joan E. Nickel, his wife, Appellees,**

**and**

**Keith Miller and Jake J. Miller and Aileen M. Miller, his wife, Appellees,**

**and**

**Roy J. Gould and Betty J. Gould, Appellees.**

Supreme Court of Pennsylvania.

Argued Sept. 24, 1980.

Decided Nov. 3, 1980.

Donald D. Doerr, Butler, for appellant.

William C. Robinson, Henninger & Robinson, Butler, for Frank R. Nickel, Sr., et ux.

John E. Hall, Meyer, Darragh, Buckler, Bebenek & Eck, Pittsburgh, for Keith Miller.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted. 268 Pa.Super. 183, 407 A.2d 891.